# UNITED STATES DISTRICT COURT

for the

## EASTERN DISTRICT OF MICHIGAN

Rebecca Sue Rowley

                                              **ORDER ON APPLICATION TO PROCEED**
                                    Plaintiff    **IN FORMA PAUPERIS**

                        v.

                                              Case No. 15-11283

Commissioner of Social Security

                                              Magistrate Judge  Michael J. Hluchaniuk

                             Defendant

Having considered the application to proceed *in forma pauperis*;

**IT IS ORDERED** that the application is:

☑  **GRANTED.**

☐  **DENIED**, for the following reasons:

☑  **IT IS FURTHER ORDERED** that the Clerk is directed to issue summons.

If denied the plaintiff is directed to pay the filing fee by _____.  Failure to pay the filing fee by this deadline may result in dismissal of the complaint.

                                    s/Michael J. Hluchaniuk_____
                                    Michael J. Hluchaniuk
                                    U.S. Magistrate Judge

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on this date by electronic means and/or first class mail.

Dated: _April 20, 2015_____           s/Tammy Hallwood_____
                                    Case Manager/DeputyClerk